RUTH CHEW, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except Kruse, P. J., who dissented, and voted for affirmance.

GEORGE CHERTOFF, an Infant, by LOUIS CHERTOFF, His Guardian ad Litem, Respondent, v. WILLIAM J. CONNERS, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of WILLARD E. CONNOR, as Administrator, etc., of HARRY C. CONNOR, Deceased, Respondent. NELLIE CONNOR, Appellant.— Decree modified so as to direct distribution of the fund equally between the father and mother of the decedent as his only next of kin, and as so modified affirmed, with costs to the appellant. Held that under the provisions of sections 1903 and 1905 of the Code of Civil Procedure, the recovery should be distributed equally between the father and mother of decedent as his only next of kin. All concurred.

ALBERT POINTON, Plaintiff, v. GENERAL RAILWAY SIGNAL COMPANY, Defendant.— Motion granted overruling plaintiff's exceptions and denying motion for new trial, with costs, and judgment directed for defendant upon the nonsuit, with costs, upon plaintiff's default in this court, without prejudice to a subsequent motion by plaintiff to open his default.

MARTHA HOSMER, as Administratrix, etc., Respondent, v. HENRY CARNEY, Appellant.— Motion granted unless appellant shall file and serve printed briefs by May twenty-fourth.

JULIA L. EDSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted unless appellant shall file and serve printed briefs by May twenty-fourth.

ELMER F. EDSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted unless appellant shall file and serve printed briefs by May twenty-fourth.

CHARLES NAUD, Appellant, v. KING SEWING MACHINE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

CATHERINE A. DALY, Plaintiff, v. DAKE REALTY COMPANY and Others, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ROMAN B. WENZ, as Administrator, etc., Respondent, v. FRANCISCAN FATHERS OF THE CHURCH OF THE ASSUMPTION, Defendant. MARIE SCHULTZ, Appellant.— Motion granted and decision amended so as to award costs against the plaintiff only. (See ante, p. 949.)